**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2026

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is hereby ADJOURNED to October 20, 2026, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #82.

SO ORDERED.

September 11, 2026

**Re: *United States v. Evan Zachary*, 16 Cr. 402-1 (JMF)**

Dear Judge Furman:

The Government respectfully writes, with the consent of defense counsel, to request a 30-day adjournment of the status conference in the above-captioned matter, currently scheduled for September 15, 2026, at 11:00 a.m. This is the Government's second request for adjournment.

The Violation Report, dated April 1, 2026, alleges that defendant Evan Zachary (the "defendant") used marijuana on several occasions (Specification 1) and assaulted a certain individual on or about February 12, 2026 (Specifications 2 through 5), in violation of the defendant's supervised release conditions. Earlier this year, the defendant was arrested on the charges noted in Specifications 2 and 3 and arraigned in New York Criminal Court.

The Government has been informed that in or around August 2026, the parallel state court proceeding concerning the charges underlying Specifications 2 and 3 was dismissed. The Government and the defense are currently discussing a potential disposition of this matter, but do not anticipate reaching a resolution by September 15, 2026. Accordingly, the Government requests a 30-day adjournment of the status conference in this matter to allow the parties to continue their discussions.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
Adabelle U. Ekechukwu
Assistant United States Attorney
(212) 637-1944

cc: All counsel of record (by ECF)
U.S. Probation Officer Alicia Black (by email)